## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

XYZ Corporation

                      Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A

                      Defendant.

Case No.: 1:20−cv−07307
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 7, 2021:

    MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's second *ex parte* motion to extend the Temporary Restraining Order [19] is granted. The Temporary Restraining Order [14] entered on 12/14/2020 is extended to 1/25/2021. Telephonic status hearing set for 1/11/2021 is stricken and reset to 1/25/2021 at 9:15 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.