United States District Court Northern District of Illinois
Ann Marie Sullivan
AM Sullivan Law, LLC.
1440 W. Taylor St., Ste. 515
Chicago, Illinois 60607

Daniel Watts
2 Dover Street, Unit 301
Dover, NH, 03820
(603) 337-5449

Case Number: 1:20-cv-07307

Assigned Judge: Robert W. Gettleman

**FILED**

FEB 04 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Your Honor,

    I was served through email (snooozeprints@hotmail.com) on Wednesday, January 20, 2021 by AM Sullivan Law, LLC (attorney@amsullivanlaw.com) with a complaint, and multiple PDF files related to above mentioned complaint. The company listed in this complaint as the Defendant is "Quanzhou Twinkling Star Handbag Co., Ltd" from the People's Republic of China.

    This is not my business, and I have no personal or professional connections with this company. I operate a small handmade shop from my apartment in Dover, NH. I have never operated in the People's Republic of China, nor have I had any business dealings, or personal dealings, with anyone from the Quanzhou Twinkling Star Handbag Co., Ltd. A simple check of my accountings will show that all disbursements from Amazon and PayPal have been made to Northeast Credit Union, headquartered in Portsmouth, NH, 03801. An account I opened in person in 2017 at their Dover, NH branch.

    I believe this summons was either delivered to the incorrect email address or delivered to extort a settlement from my person. The email I received from AM Sullivan Law, LLC stated --

*"If you do not wish to litigate this matter in court, we can still offer you a settlement, which will allow you to get your account back and to have the case dismissed against you. Please see the above contact information, if you wish to settle with Plaintiff."*

    I am unsure if this is standard behavior, but there is a distinct lack of ability to contact the plaintiff. The phone number provided in the complaint rings several times, then goes to an answering system that has not been set up/is full. Their email address provided in the complaint has not led to a response from them, either. Along with the presence of a PayPal link on their rather unprofessional website's frontpage to deposit money, I am experiencing a bit of confusion about the validity of this case.

    To make it clear, I am not Quanzhou Twinkling Star Handbag Co., Ltd. I do not reside in the People's Republic of China. I do not believe this case was meant to be brought against Daniel Watts, or my account on Amazon under the SnooozeWorks name.

I would like to request that you dismiss this complaint and that my retained accounts on Amazon and PayPal be released immediately.

Sincerely,

*Daniel J Watts*

Daniel Watts

(603) 337-5449