# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| XYZ CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:20-CV-07307<br><br>JUDGE ROBERT W. GETTLEMAN<br><br>MAGISTRATE JUDGE SHEILA M. FINNEGAN |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| Def No. | Defendant Name |
|---|---|
| 100 | dhenjoy |
| 104 | FADESUN |
| 106 | FUHop |
| 109 | happy now |
| 113 | IUNICORN |
| 122 | Perfect Cloud |
| 126 | Smile World |
| 127 | Snoooze Works |
| 128 | SpiritualityArtware |
| 267 | KryptoKollectibles |

Dated: February 16, 2021

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 16, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                             */s/ Alison Carter*
                                             Alison Carter