UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-07307 <br><br> JUDGE ROBERT W. GETTLEMAN <br><br> MAGISTRATE JUDGE SHEILA M. FINNEGAN |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT NAME |
|---|---|
| 4 | Yiwu Zelue Accessories Co., Ltd. |
| 10 | Art Decor Store |
| 21 | Cosgallery Store |
| 41 | Magiclux Store |
| 95 | baivua raerse |
| 96 | bright faloon |
| 99 | COOLWALKER |
| 107 | guangzhouyufengshannvlbh |
| 110 | hqxKLFuYaVKYu |
| 114 | JOEYOU |
| 115 | Kifoot |
| 117 | klola |
| 121 | Ou Zhi Lin |
| 125 | sdgdfhfgyhtuj |
| 150 | beibei_ping656 |
| 192 | longtengfei999 |
| 215 | righturing |
| 227 | teknovelty |

Dated:    April 1, 2021        Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 1, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Alison Carter*
Alison Carter