# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-07307 <br><br> JUDGE ROBERT W. GETTLEMAN <br><br> MAGISTRATE JUDGE SHEILA M. FINNEGAN |

## FINAL JUDGMENT ORDER

This action, having been commenced by Epic Games, Inc. ("Epic" or "Plaintiff") against the Defendants identified in the attached Schedule A to the Complaint, and using the online marketplace accounts (also referred to as the "Defendant Internet Stores" or "Seller Aliases"), and Epic, having moved for entry of Default and Default Judgment against the Defendants identified in Schedule A to the Complaint, attached hereto, with the exception of certain Defendants[1] (collectively, the "Defaulting Defendants");

This Court, having entered upon a showing by Epic, a Temporary Restraining Order and Preliminary Injunction against Defaulting Defendants, which included an asset restraining order;

Plaintiff, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

---

[1] Epic's Motion for Entry of Default and Default Judgment does not apply to the following Defendants: homegarden2012, quickkway, Bulkminifig Store, and ISKM-US.

1

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants, since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. In the context of similar cases, ". . . a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In the present case, Plaintiff has presented screenshot evidence that each Defaulting Defendant Internet Store is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Internet Stores, through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademarks and Copyrights (the "Counterfeit/Infringing Products"). See Docket No. [14], which includes screenshot evidence, confirming that each Defaulting Defendant Internet Store does stand ready, willing, and able to ship the counterfeit goods to customers in Illinois, and the goods of which bear infringing and/or counterfeit versions of the Fortnite Trademarks, U.S. Trademark Registration Nos. 4,481,629; 5,375,076; 5,595,762; 5,595,766; 5,687,400; 5,705,339; 5,789,900; 5,789,901; 5,815,370; 5,858,465; 5,886,389; 5,910,618; 5,950,364; and 6,094,645, and/or which bear versions or derivative content of the Fortnite Copyrights, identified in Exhibit 2 to the Amended Complaint.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. §

1125(a)), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.), and willful copyright infringement, pursuant to 17 U.S.C. § 504(c);.

IT IS HEREBY ORDERED that Epic Games, Inc.'s Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Fortnite Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Epic Product or not authorized by Epic to be sold in connection with the Fortnite Trademarks and Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Epic Product or any other product produced by Epic, that is not Epic's or not produced under the authorization, control or supervision of Epic and approved by Epic, for sale under the Fortnite Trademarks and Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Epic, or are sponsored by, approved by, or otherwise connected with Epic;

    d. further infringing the Fortnite Trademarks and Copyrights and damaging Epic's goodwill;

    e. otherwise competing unfairly with Epic in any manner;

    f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured

by or for Epic, nor authorized by Epic to be sold or offered for sale, and which bear any of the Fortnite Trademarks and Copyrights, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and,

h. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Fortnite Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine Epic Product, or not authorized by Epic to be sold in connection with the Fortnite Trademarks and Copyrights.

2. Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces such as PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH), eBay, Inc. ("eBay"), Amazon Payments, Inc. ("Amazon"), Etsy, Alipay US, Inc. ("Alipay"), iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd., and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the Fortnite Trademarks and Copyrights, including any accounts associated with the Defaulting Defendants listed on Schedule A, attached hereto;

4

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Fortnite Trademarks and Copyrights; and

c. take all steps necessary to prevent links to the Seller Aliases identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Epic is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($200,000) for willful use of counterfeit Fortnite Trademarks on products sold through at least the Defendant Internet Stores.

4. Pursuant to 17 U.S.C. § 504(c)(2), Epic is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Fortnite Copyrights. The one hundred thousand dollar ($100,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Schedule A to the Complaint.

5. PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH"), eBay, Inc. ("eBay"), Amazon Payments, Inc. ("Amazon"), Etsy, and Alipay US, Inc. ("Alipay"), and any other online marketplace or payment processor in privity with Defendants, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts, or Defaulting Defendants' websites, identified on Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by eBay, PayPal, WISH, Amazon, Etsy, and Alipay, among others (the "Payment

Processors"), are hereby released to Epic as partial payment of the above-identified damages, and the Payment Processors are ordered to release to Epic the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Epic has recovered full payment of monies owed to it by any Defaulting Defendant, Epic shall have the ongoing authority to serve this Order on the Payment Processors in the event that any new financial accounts controlled, operated by, or associated with Defaulting Defendants are identified. Upon receipt of this Order, the Payment Processors shall within five (5) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites;

    b. Restrain and enjoin such accounts and/or funds that are based internationally, from transferring or disposing of any money or other assets of Defaulting Defendants; and,

    c. Release all monies restrained in Defaulting Defendants' financial accounts to Epic, as partial payment of the above-identified damages.

    d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller Aliases shall disable and/or cease facilitating access to the Seller Aliases, including any other online marketplace accounts or seller alias names identified and/or being used and/or controlled by Defaulting Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's Fortnite Trademarks and Copyrights.

8. Until Epic has recovered full payment of monies owed to it by any Defaulting Defendant, Epic shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within ten (10) business days:

a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts, or Defaulting Defendants' websites;

b. Restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other assets of Defaulting Defendants; and,

c. Release all monies restrained in Defaulting Defendants' financial accounts to Epic, as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Epic identifies any additional online marketplace accounts, domain names, third-party payment processors, and/or financial accounts owned by Defaulting Defendants, Epic may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses originally identified and served, and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: April 5, 2021

_____
United States District Court Judge Robert W. Gettleman

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

EPIC GAMES, INC.,

    PLAINTIFF,

v.

QUANZHOU TWINKLING STAR HANDBAG CO., LTD., ET AL.,

    DEFENDANTS.

CASE NO.: 1:20-CV-07307

JUDGE ROBERT W. GETTLEMAN

MAGISTRATE JUDGE SHEILA M. FINNEGAN

## SCHEDULE A TO THE AMENDED COMPLAINT

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | Quanzhou Twinkling Star Handbag Co., Ltd. | https://tkstar-bags.en.alibaba.com/ |
| 2 | Shenzhen Enmei Trading Co., Ltd. | https://enmeitrading.en.alibaba.com/ |
| 3 | Shenzhen Leguoguo Trading Co., Ltd. | https://leguoguotrading.en.alibaba.com/ |
| 4 | DISMISSED | |
| 5 | AECCOS Store | www.aliexpress.com/store/2410033 |
| 6 | all posters Store | www.aliexpress.com/store/3617019 |
| 7 | Alllove Toy Store | www.aliexpress.com/store/4924068 |
| 8 | Angemiel World Store | www.aliexpress.com/store/900246510 |
| 9 | anita Store | www.aliexpress.com/store/3885015 |
| 10 | DISMISSED | |
| 11 | Best Hometextile | www.aliexpress.com/store/510246 |
| 12 | bestwishes Store | www.aliexpress.com/store/3222108 |
| 13 | Bireyon Store | www.aliexpress.com/store/5489196 |
| 14 | Bo Bo Art | www.aliexpress.com/store/722284 |
| 15 | Bopin Store | www.aliexpress.com/store/5615125 |
| 16 | EXCEPTION | |
| 17 | Catcatcat Store | www.aliexpress.com/store/5518115 |
| 18 | Cheng Blocks Store | www.aliexpress.com/store/5485128 |
| 19 | ClearLove7578 Store | www.aliexpress.com/store/910321014 |
| 20 | CNrain Store | www.aliexpress.com/store/5049180 |
| 21 | DISMISSED | |
| 22 | DIVERSION Official Store | www.aliexpress.com/store/1962743 |
| 23 | Duo Duo Toy Store | www.aliexpress.com/store/4962050 |
| 24 | ELMAGE Official Store | www.aliexpress.com/store/4640117 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 25 | French fries Playground Store | www.aliexpress.com/store/1919447 |
| 26 | Fullcang Official Store | www.aliexpress.com/store/1123008 |
| 27 | GDD8 Store | www.aliexpress.com/store/5587075 |
| 28 | GDD88 Store | www.aliexpress.com/store/5599098 |
| 29 | Good-Stuff Store | www.aliexpress.com/store/4057070 |
| 30 | guo yang Store | www.aliexpress.com/store/910351268 |
| 31 | Hero Block Store | www.aliexpress.com/store/4207029 |
| 32 | HolaCoser Store | www.aliexpress.com/store/4394095 |
| 33 | HUAZHONG Store | www.aliexpress.com/store/3556003 |
| 34 | Jewelry store Store | www.aliexpress.com/store/4062014 |
| 35 | Kyushu Toy Store | www.aliexpress.com/store/2943040 |
| 36 | Li Loye 5D diamonds painting Store | www.aliexpress.com/store/2853069 |
| 37 | Little dreams To Large world Store | www.aliexpress.com/store/5882047 |
| 38 | Lolita Princess Store | www.aliexpress.com/store/1590033 |
| 39 | Lord Costume Store | www.aliexpress.com/store/5249311 |
| 40 | DISMISSED | |
| 41 | DISMISSED | |
| 42 | manles cosplay store | www.aliexpress.com/store/1942549 |
| 43 | minele Blocks Dropshipping Store | www.aliexpress.com/store/5050034 |
| 44 | nanacoco Store | www.aliexpress.com/store/4392010 |
| 45 | NANSHA Gym Muscle Motion Store | www.aliexpress.com/store/2885317 |
| 46 | New exotic Store | www.aliexpress.com/store/4228040 |
| 47 | NewCos Store | www.aliexpress.com/store/2996030 |
| 48 | Painting decoration company Store | www.aliexpress.com/store/3207067 |
| 49 | pullight xuanli Store | www.aliexpress.com/store/3934005 |
| 50 | REBO Store | www.aliexpress.com/store/5039010 |
| 51 | Shop3128020 Store | www.aliexpress.com/store/3128020 |
| 52 | Shop3194023 Store | www.aliexpress.com/store/3194023 |
| 53 | Shop4420122 Store | www.aliexpress.com/store/4420122 |
| 54 | Shop4510074 Store | www.aliexpress.com/store/4510074 |
| 55 | Shop4649179 Store | www.aliexpress.com/store/4649179 |
| 56 | Shop4716030 Store | www.aliexpress.com/store/4716030 |
| 57 | Shop4927058 Store | www.aliexpress.com/store/4927058 |
| 58 | Shop5156090 Store | www.aliexpress.com/store/5156090 |
| 59 | Shop5337006 Store | www.aliexpress.com/store/5337006 |
| 60 | Shop5367220 Store | www.aliexpress.com/store/5367220 |
| 61 | Shop5372168 Store | www.aliexpress.com/store/5372168 |
| 62 | Shop5378237 Store | www.aliexpress.com/store/5378237 |
| 63 | Shop5424292 Store | www.aliexpress.com/store/5424292 |
| 64 | Shop5428130 Store | www.aliexpress.com/store/5428130 |
| 65 | Shop5525016 Store | www.aliexpress.com/store/5525016 |
| 66 | Shop5572202 Store | www.aliexpress.com/store/5572202 |
| 67 | Shop5594082 Store | www.aliexpress.com/store/5594082 |
| 68 | Shop5596054 Store | www.aliexpress.com/store/5596054 |
| 69 | Shop5621183 Store | www.aliexpress.com/store/5621183 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 70 | Shop5785907 Store | www.aliexpress.com/store/5785907 |
| 71 | Shop5838042 Store | www.aliexpress.com/store/5838042 |
| 72 | Shop5842297 Store | www.aliexpress.com/store/5842297 |
| 73 | Shop5870708 Store | www.aliexpress.com/store/5870708 |
| 74 | Shop5871581 Store | www.aliexpress.com/store/5871581 |
| 75 | Shop900241162 Store | www.aliexpress.com/store/900241162 |
| 76 | Shop910316083 Store | www.aliexpress.com/store/910316083 |
| 77 | szvivid 0125 Store | www.aliexpress.com/store/4518048 |
| 78 | szvivid 2608 Store | www.aliexpress.com/store/3851043 |
| 79 | TOSONG Store | www.aliexpress.com/store/4211011 |
| 80 | Toy's Factory | www.aliexpress.com/store/116820 |
| 81 | TPHP Store | www.aliexpress.com/store/4147010 |
| 82 | TPXS-bag Store | www.aliexpress.com/store/900234331 |
| 83 | Tutu Dreams Official Store | www.aliexpress.com/store/606798 |
| 84 | Violence Pandas Store | www.aliexpress.com/store/4191003 |
| 85 | WeDecor Store | www.aliexpress.com/store/3190108 |
| 86 | World Minifigs Bricks Store | www.aliexpress.com/store/2807101 |
| 87 | WYniuWY Store | www.aliexpress.com/store/5135057 |
| 88 | YA ZOOEY NUO 5D Paintings Hangzhou Store | www.aliexpress.com/store/5009056 |
| 89 | Yangyang men 's clothing668 Store | www.aliexpress.com/store/2337343 |
| 90 | Yolouxiku Official Store | www.aliexpress.com/store/2291020 |
| 91 | Zhuoxian Apparel Store | www.aliexpress.com/store/5788276 |
| 92 | DISMISSED | |
| 93 | Anyingcos | www.amazon.com/s?me=A38ODJGBYHXDEA |
| 94 | DISMISSED | |
| 95 | DISMISSED | |
| 96 | DISMISSED | |
| 97 | yiwushi baodianzishangwuyouxiangonnnnldx | www.amazon.com/s?me=A2K96E02DYI986 |
| 98 | DISMISSED | |
| 99 | DISMISSED | |
| 100 | DISMISSED | |
| 101 | Dream Roca | www.amazon.com/s?me=A20II7IHWE0KOF |
| 102 | DISMISSED | |
| 103 | DISMISSED | |
| 104 | DISMISSED | |
| 105 | USKDOAL | www.amazon.com/s?me=A998HGADFHOW1 |
| 106 | DISMISSED | |
| 107 | DISMISSED | |
| 108 | DISMISSED | |
| 109 | DISMISSED | |
| 110 | DISMISSED | |
| 111 | DISMISSED | |
| 112 | EXCEPTION | |
| 113 | DISMISSED | |
| 114 | DISMISSED | |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 115 | **Dismissed** | |
| 116 | klllo | www.amazon.com/s?me=A201SZK694Y6AD |
| 117 | **Dismissed** | |
| 118 | **Dismissed** | |
| 119 | **Dismissed** | |
| 120 | **Dismissed** | |
| 121 | **Dismissed** | |
| 122 | **Dismissed** | |
| 123 | PI-GEGEEG | www.amazon.com/s?me=A1G6FH2NDUWQH9 |
| 124 | PQQUSI | www.amazon.com/s?me=A2Z81PVPL1JRRX |
| 125 | **Dismissed** | |
| 126 | **Dismissed** | |
| 127 | **Dismissed** | |
| 128 | **Dismissed** | |
| 129 | swallow dream | www.amazon.com/s?me=A30UFA6YOS1ATP |
| 130 | SZHSJH8 | www.amazon.com/s?me=ANRYPRP15LA78 |
| 131 | TRWUHD | www.amazon.com/s?me=A1SA2HTC5ZRXAG |
| 132 | WeiMa Product | www.amazon.com/s?me=A1RGFH7NFG2GXD |
| 133 | julianianjar | www.bonanza.com/booths/julianianjar |
| 134 | Pangotabless | www.bonanza.com/booths/Pangotabless |
| 135 | alekam | www.bonanza.com/booths/alekam |
| 136 | BlockToysStore | www.bonanza.com/booths/BlockToysStore |
| 137 | etrendy | www.bonanza.com/booths/etrendy |
| 138 | jujurstore | www.bonanza.com/booths/jujurstore |
| 139 | yifat0661 | www.ebay.com/usr/yifat0661 |
| 140 | zw47ee | www.ebay.com/usr/zw47ee |
| 141 | 2015honestmerchants | www.ebay.com/usr/2015honestmerchants |
| 142 | **Dismissed** | |
| 143 | ahmda7533.utmpcg3 | www.ebay.com/usr/ahmda7533.utmpcg3 |
| 144 | aldi-bas | www.ebay.com/usr/aldi-bas |
| 145 | arbell4 | www.ebay.com/usr/arbell4 |
| 146 | autofamily2015 | www.ebay.com/usr/autofamily2015 |
| 147 | aymaguessa_0 | www.ebay.com/usr/aymaguessa_0 |
| 148 | azfactory | www.ebay.com/usr/azfactory |
| 149 | becircle | www.ebay.com/usr/becircle |
| 150 | **Dismissed** | |
| 151 | beoutdoor | www.ebay.com/usr/beoutdoor |
| 152 | blithes_supermarket | www.ebay.com/usr/blithes_supermarket |
| 153 | blotonweten0 | www.ebay.com/usr/blotonweten0 |
| 154 | burgeon_888 | www.ebay.com/usr/burgeon_888 |
| 155 | cheaptoystore | www.ebay.com/usr/cheaptoystore |
| 156 | cof7788 | www.ebay.com/usr/cof7788 |
| 157 | **Dismissed** | |
| 158 | construction_toys | www.ebay.com/usr/construction_toys |
| 159 | craigie_hill | www.ebay.com/usr/craigie_hill |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 160 | DISMISSED | |
| 161 | daniels_trendhouse | www.ebay.com/usr/daniels_trendhouse |
| 162 | deep-coner | www.ebay.com/usr/deep-coner |
| 163 | donitaga | www.ebay.com/usr/donitaga |
| 164 | ebiss-3 | www.ebay.com/usr/ebiss-3 |
| 165 | ecoobuy | www.ebay.com/usr/ecoobuy |
| 166 | eishmuratov2012 | www.ebay.com/usr/eishmuratov2012 |
| 167 | emorebuying0 | www.ebay.com/usr/emorebuying0 |
| 168 | eshopsg | www.ebay.com/usr/eshopsg |
| 169 | ewsos-mall | www.ebay.com/usr/ewsos-mall |
| 170 | fashion_love168 | www.ebay.com/usr/fashion_love168 |
| 171 | feelyourvinyl | www.ebay.com/usr/feelyourvinyl |
| 172 | gbest_service | www.ebay.com/usr/gbest_service |
| 173 | goblinkhan | www.ebay.com/usr/goblinkhan |
| 174 | gopro_560 | www.ebay.com/usr/gopro_560 |
| 175 | greate_15 | www.ebay.com/usr/greate_15 |
| 176 | half_korean | www.ebay.com/usr/half_korean |
| 177 | DISMISSED | |
| 178 | home-store-2000 | www.ebay.com/usr/home-store-2000 |
| 179 | EXCEPTION | |
| 180 | DISMISSED | |
| 181 | hysw6688 | www.ebay.com/usr/hysw6688 |
| 182 | iito21 | www.ebay.com/usr/iito21 |
| 183 | ily290 | www.ebay.com/usr/ily290 |
| 184 | itsshano | www.ebay.com/usr/itsshano |
| 185 | jeewgnana0 | www.ebay.com/usr/jeewgnana0 |
| 186 | junyan2016-2 | www.ebay.com/usr/junyan2016-2 |
| 187 | kingslanding50 | www.ebay.com/usr/kingslanding50 |
| 188 | kjoy7670 | www.ebay.com/usr/kjoy7670 |
| 189 | klemenlebreht | www.ebay.com/usr/klemenlebreht |
| 190 | lbd.shop | www.ebay.com/usr/lbd.shop |
| 191 | lincai_26 | www.ebay.com/usr/lincai_26 |
| 192 | DISMISSED | |
| 193 | ma136 | www.ebay.com/usr/ma136 |
| 194 | marcmart.usa | www.ebay.com/usr/marcmart.usa |
| 195 | mila81_shop | www.ebay.com/usr/mila81_shop |
| 196 | misshao123 | www.ebay.com/usr/misshao123 |
| 197 | mmingtang | www.ebay.com/usr/mmingtang |
| 198 | moresource | www.ebay.com/usr/moresource |
| 199 | mryxue4 | www.ebay.com/usr/mryxue4 |
| 200 | ms.tyt_22 | www.ebay.com/usr/ms.tyt_22 |
| 201 | mundir_95 | www.ebay.com/usr/mundir_95 |
| 202 | myle_fashion | www.ebay.com/usr/myle_fashion |
| 203 | nadashop88 | www.ebay.com/usr/nadashop88 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 204 | nana1515 | www.ebay.com/usr/nana1515 |
| 205 | oashke | www.ebay.com/usr/oashke |
| 206 | DISMISSED | |
| 207 | okselling | www.ebay.com/usr/okselling |
| 208 | ouyou2010 | www.ebay.com/usr/ouyou2010 |
| 209 | pavilionmall | www.ebay.com/usr/pavilionmall |
| 210 | pvxp5579 | www.ebay.com/usr/pvxp5579 |
| 211 | qiuse2019 | www.ebay.com/usr/qiuse2019 |
| 212 | EXCEPTION | |
| 213 | rdte2718 | www.ebay.com/usr/rdte2718 |
| 214 | recardoandy82 | www.ebay.com/usr/recardoandy82 |
| 215 | DISMISSED | |
| 216 | ronde.remonde764-3 | www.ebay.com/usr/ronde.remonde764-3 |
| 217 | seika86 | www.ebay.com/usr/seika86 |
| 218 | sellerpasha | www.ebay.com/usr/sellerpasha |
| 219 | shopintheair | www.ebay.com/usr/shopintheair |
| 220 | slion-uk | www.ebay.com/usr/slion-uk |
| 221 | sonja2019 | www.ebay.com/usr/sonja2019 |
| 222 | stema_9079 | www.ebay.com/usr/stema_9079 |
| 223 | DISMISSED | |
| 224 | supeer_market | www.ebay.com/usr/supeer_market |
| 225 | t-shop--0 | www.ebay.com/usr/t-shop--0 |
| 226 | tastaexpress | www.ebay.com/usr/tastaexpress |
| 227 | DISMISSED | |
| 228 | triplem_online_store | www.ebay.com/usr/triplem_online_store |
| 229 | tumangui8185 | www.ebay.com/usr/tumangui8185 |
| 230 | unesslahna | www.ebay.com/usr/unesslahna |
| 231 | w3045553_9 | www.ebay.com/usr/w3045553_9 |
| 232 | wonderstoychilde | www.ebay.com/usr/wonderstoychilde |
| 233 | xiaohu_3085 | www.ebay.com/usr/xiaohu_3085 |
| 234 | xieyazhen | www.ebay.com/usr/xieyazhen |
| 235 | rasyakilanadewa | rasyakilanadewa.ecrater.com |
| 236 | riopagumah800514 | riopagumah800514.ecrater.com/ |
| 237 | vcdma | vcdma.ecrater.com |
| 238 | VseMayki | www.etsy.com/shop/VseMayki |
| 239 | yhx123 | www.wish.com/merchant/59d34c979d8c656f5f69673f |
| 240 | yzf623713 | www.wish.com/merchant/5e6635041c32cb522e119e59 |
| 241 | DISMISSED | |
| 242 | zhouweina1987 | www.wish.com/merchant/5d5bd05233f0b42140f1ecd9 |
| 243 | zihan186 | www.wish.com/merchant/5d47decc70327a2d5cef6108 |
| 244 | aifusen123 | www.wish.com/merchant/5a9134020e63fa04aa5eb73d |
| 245 | cengxpcn | www.wish.com/merchant/5b24be152b04104e04ab90ee |
| 246 | charihong | www.wish.com/merchant/5ae58b581baafe1e1931a445 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 247 | chehai fashion | www.wish.com/merchant/5418351cf8abc811c2936763 |
| 248 | clxyhx | www.wish.com/merchant/59d8616576a7e01e22d891cc |
| 249 | Cosiconcos | www.wish.com/merchant/58ec85f888bd9011b08e0ba8 |
| 250 | dongxiu fashion | www.wish.com/merchant/541d65f34ad3ab65569b3880 |
| 251 | Dragon store 2019 | www.wish.com/merchant/5d7e89af9cb62c12830df2f1 |
| 252 | fanfen meng | www.wish.com/merchant/5aebb674bd3aa345b23e3124 |
| 253 | figood | www.wish.com/merchant/5aa24e39a6f62e42e793c499 |
| 254 | fthsrht | www.wish.com/merchant/5e56394b349c7477f138bcea |
| 255 | fuwubu33 | www.wish.com/merchant/5d55119d41ed513e00cdd222 |
| 256 | GaocailY | www.wish.com/merchant/5d5d66441d86295b40c0a150 |
| 257 | Golden blue jade store | www.wish.com/merchant/5b5810048807bf41d4494468 |
| 258 | greatworks | www.wish.com/merchant/53568434bb72c52448e8839f |
| 259 | Haipai shop | www.wish.com/merchant/5c3d65f06cfbee340db52bd6 |
| 260 | happyUnite | www.wish.com/merchant/5d5219ba5b216063da67e7d2 |
| 261 | HUAGHUAMIN | www.wish.com/merchant/5a61e83fb72a6b0e9dcb693b |
| 262 | hxhxhuangxinxinhuang | www.wish.com/merchant/59eef5b1fd9db85c5cbac614 |
| 263 | DISMISSED | |
| 264 | JIANWANG | www.wish.com/merchant/5d5f6be03d24b75141c47733 |
| 265 | KiKi Home | www.wish.com/merchant/57d8d3e9555f9b157dcf7cf6 |
| 266 | Kitchen fireplace | www.wish.com/merchant/5d4e6b5b7edfad19820aa5f5 |
| 267 | DISMISSED | |
| 268 | lianglinglingdian | www.wish.com/merchant/5a2bc05fddda8c49398c52fe |
| 269 | LIJUNSHOP | www.wish.com/merchant/5b20b970daac45588e94cbbb |
| 270 | lilijunshop | www.wish.com/merchant/5aabc5834215951e456fa864 |
| 271 | LIMENGYAO56 | www.wish.com/merchant/5d565f155f3e1e77056467eb |
| 272 | liuziying1983 | www.wish.com/merchant/5ac9c12b856edf0c4260ecc0 |
| 273 | Lookalike Labs | www.wish.com/merchant/5e740339a926830a8092c8ed |
| 274 | loucicafshion | www.wish.com/merchant/58a3c886b407535306238d89 |
| 275 | maofucui552 | www.wish.com/merchant/5e9811413db6636ad974e6cf |
| 276 | MK7RVUUH | www.wish.com/merchant/5d639c502736787b65ad6a61 |
| 277 | myyu136 | www.wish.com/merchant/595facd7dba4dc33d3e02171 |
| 278 | nbutbag | www.wish.com/merchant/5aba49431b98df7becc70352 |
| 279 | DISMISSED | |
| 280 | one person001 | www.wish.com/merchant/5778bc233356af7475c672fe |
| 281 | DISMISSED | |
| 282 | qicai008 | www.wish.com/merchant/5a23c1e272765304e4b48c58 |
| 283 | Qiong168 | www.wish.com/merchant/5d468c4772b0c92682ff9d08 |
| 284 | Rongxinhome | www.wish.com/merchant/5acc706e7c27683436ac5714 |
| 285 | SIQIULIU | www.wish.com/merchant/5d5e4bef33f0b4422fb2b6d7 |
| 286 | suquesh | www.wish.com/merchant/5e8eb35ea660a615844890f1 |
| 287 | TeezilyShop | www.wish.com/merchant/5b34a1f348fca92011380f28 |
| 288 | uci292 | www.wish.com/merchant/5e8adfb02be41136e52df67d |
| 289 | wangell | www.wish.com/merchant/58bff1520c83f3579d0e867c |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 290 | Dismissed | |
| 291 | weiyiming | www.wish.com/merchant/5ad1746da71fbf26fc6ac2f0 |
| 292 | wubinxiang188 | www.wish.com/merchant/5a2143361f4d8c640ebb6381 |
| 293 | wuchengjiu | www.wish.com/merchant/5b0b57a2c721a957695f097b |